IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LORINZO SAMPSON,<br>    Plaintiff, | ) )<br>) | Case No. 1:20-cv-0741 |
| v. | )<br>)<br>) | JUDGE DAN AARON POLSTER |
| CITY OF CLEVELAND, *et al.,* | )<br>) | |
|     Defendants. | )<br>)<br>) | **JUDGMENT ENTRY** |

    For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.  This case is formally closed.

**IT IS SO ORDERED.**

Dated: May 14, 2021                                           *s/Dan Aaron Polster*
                                                                             United States District Judge