Case No. **21-3539**
IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH COURT

---

LORINZO SAMPSON,

Plaintiff-Appellant,

vs.

THE CITY OF CLEVELAND, ET AL,

Defendants Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
District Court Case No. 1:20 cv 0741- Dan A. Polster, Judge

---

## MOTION OF LORINZO SAMPSON TO REINSTATE APPEAL AND FOR ADDITIONAL TIME FOR APPELANT TO ENGAGE COUNSEL

---

Pursuant to Rule 27(a)(1) of the Federal Rules of Appellate Procedure, and Sixth Circuit Rule 27(a), Appellant Lorinzo Sampson moves for a Motion to Reinstate Appellant's case. Appellant's Lorinzo Sampson's appeals case was dismissed for failure to file Appeals brief by January 20th, 2023.

Appellant's counsel, Attorney Tyrone Reed has and is currently in hospice care. Mr. Reed's health has prevented him from completing the required work and future work.

Appellant prays that the case be reinstated and that the Appellant be allowed new counsel to complete the case. Appellant has engaged new counsel to replace Attorney Reed if the Motion is granted.

## CONCLUSION

WHEREFORE, the Appellant prays that this Honorable Court grant the Relief sought.

## CERTIFICATE OF SERVICE

Tyrone E. Reed, attorney from Plaintiff-Appellant Lorinzo Sampson, here by certifies that pursuant to Fed. R. App. P. procedure, 32(a)(7)(C) of the Federal Rules of Appellate Procedure, this most it was type using the MS word program. That program has a function which can calculate the total number of words contained in this document. According to this program function, there are 290 words in this motion.

Respectfully submitted,

*Tyrone Reed*

Tyrone E. Reed (0030839)
Shaker West Professional Building 11811
Shaker Boulevard, Suite 420
Cleveland, Ohio 44120
Office Tel phn: (216) 231-7936
Fax.: (216) 231-6014
Email: T_Reedlaw@msn.com
Former Counsel For
Appellant Lorinzo Sampson